| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 3:19-cr-139-BJD-PDB |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Brett Lawrence Rozenburgh<br>85 Danbury Street<br>Bay Shore, NY 11706 | Middle District of Florida | Jacksonville |
| | NAME OF SENTENCING JUDGE<br>The Honorable Brian J. Davis | |
| | DATES OF SUPERVISED RELEASE: | FROM 04/09/2021 — TO 04/08/2024 |

| OFFENSE |
|---|
| PASSING COUNTERFEIT FEDERAL RESERVE NOTES |

CR 22 325
AZRACK, J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 18 2022 ★
LONG ISLAND OFFICE

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern – New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_June 14, 2022_  
Date

_Brian J. Davis_  
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____  
Effective Date

_____  
United States District Judge